UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>          Debtors.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>          Appellants,<br><br>    -v.-<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>          Appellees. | 23 Civ. 02171 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  On March 17, 2023, the United States of America and the United States Trustee for Region 2 (collectively, the "Government") filed an emergency application for a stay pending appeal of the Bankruptcy Court's confirmation order. (ECF No. 3) On March 20, 2023, Voyager Digital Holdings, Inc. and its affiliated debtors, and the Official Committee of Unsecured Creditors, filed papers opposing the Government's motion. (ECF Nos. 16, 19) On March 21, 2023, the Government filed a reply in further support of its motion. (ECF No. 29) The Court held conferences on March 19 and March 23, 2023, and oral argument on March 23, 2023.

  Upon consideration of all parties' written submissions, as well as the conferences and oral argument held in this matter, the Government's emergency motion is hereby GRANTED. An opinion setting forth the reasons for this ruling will issue shortly.

  The Clerk of Court is directed to terminate ECF No. 3.

  SO ORDERED.

Dated: March 27, 2023
    New York, New York

                         */s/ Jennifer H. Rearden*
                         JENNIFER H. REARDEN
                         United States District Judge