# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
### 40 Foley Square
### New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: April 04, 2023

Docket #: 23-469

Short Title: In re: Voyager Digital Holdings, Inc.

DC Docket #: 23-cv-2171

DC Court: SDNY (NEW YORK CITY)

DC Judge: Rearden

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_  Record on Appeal - Certified List

\_\_\_\_  Record on Appeal - CD ROM

\_\_\_\_  Record on Appeal - Paper Documents

\_\_X\_\_  Record on Appeal - Electronic Index

\_\_\_\_  Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8546.