**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: April 07, 2023<br>Docket #: 23-467bk<br>Short Title: In re: Voyager Digital Holdings, Inc. | DC Docket #: 23-cv-2171<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Rearden |

**REVISED NOTICE OF MOTION PLACED ON THE CALENDAR**

Motions to vacate a stay and to expedite filed in the above-referenced case have been added as an argued case to the substantive motions calendar for Tuesday, April 11, 2023, A Panel. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703 at 10:00 AM.

Inquiries regarding this case may be directed to 212-857-8595.